NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1549, -1550

ORTHO-MCNEIL PHARMACEUTICAL, INC.,

Plaintiff-Appellant,

v.

TEVA PHARMACEUTICALS INDUSTRIES, LTD.,
TEVA PHARMACEUTICALS USA, INC., and WATSON LABORATORIES, INC.,

Defendants-Appellees,

and

KALI LABORATORIES, INC., PAR PHARMACEUTICAL COMPANIES, INC.,
and PAR PHARMACEUTICAL, INC.,

Defendants,

CARACO PHARMACEUTICAL LABORATORIES, LTD.,

Defendant-Appellee.

Appeals from the United States District Court for the District of New Jersey in case nos. 04-CV-886 and 06-CV-3533, Judge Dennis M. Cavanaugh.

ON MOTION

ORDER

Barr Laboratories, Inc. moves without opposition to substitute Watson Laboratories, Inc. pursuant to Rule 43(b) of the Federal Rules of Appellate Procedure.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

MAR 1 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2009

JAN HORBALY
CLERK

cc:   Constantine L. Trela, Jr., Esq.
      John L. North, Esq.
      James F. Hurst, Esq.
      Arnold B. Calmann, Esq.

s19